AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Yasuna Murakami<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)          17-MJ-6119-MPK<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2011 through December 2016__ in the county of __Middlesex and elsewhere__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Grady, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: May 17, 2017

City and state:       Boston, Massachusetts         Hon. M. Page Kelley, U.S. Magistrate Judge
Printed name and title