Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>YASUNA J. MURAKAMI, )<br>)<br>Defendant. ) | Criminal No. 17-10346-DPW |

## WAIVER OF INDICTMENT

I, Yasuna J. Murakami, the above-named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on January 9, 2018 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Yasuna J. Murakami
Defendant

_____
Seth B. Orkand
Counsel for the Defendant

Before: _____
U.S. District Judge