UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 17-10346-DPW |
| v. | ) | |
| | ) | |
| YASUNA MURAKAMI, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT STATUS REPORT AND PROPOSED ORDER

The United States of America respectfully submits the following status report and proposed order in advance of the May 15, 2020 hearing on the defendant's emergency motion for release from custody. The government has conferred with BOP representatives at the facility in which the defendant is currently housed who informed that the defendant would not be placed in quarantine without a release order from the Court. In the event such an order issues; however, the defendant could be placed in quarantine for whatever period is ordered by the Court in advance of his release date. Alternatively, if the Court orders the defendant released immediately, the inmate's release would happen the same day.

Pursuant to the Court's Order (ECF No. 73), the government hereby submits a proposed order, attached hereto as Exhibit A. The proposed order provides language that would accommodate both scenarios discussed above (release following a 14-day quarantine or immediate release).

The government has conferred with defense counsel who indicated he consents to the language in the proposed order.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    */s/ Jordi de Llano*
      Jordi de Llano
      Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

      */s/ Jordi de Llano*
      Assistant U.S. Attorney

Dated: May 15, 2020